IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERNEST PORTER | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| JEFFREY A. BEARD, et al. | : | NO. 07-3456 |

### O R D E R

**AND NOW**, this  22nd  day of  October, 2008, upon careful and independent consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, the response, the supplemental response, and the second supplemental response, and after review of the Report and Recommendation of United States Magistrate Judge Arnold C. Rapoport dated September 29, 2008, **IT IS ORDERED** that:

1. Petitioner's objections to the Report and Recommendation are **DENIED**.

2. The Report and Recommendation is **APPROVED** and **ADOPTED**.

3. The petition for a writ for habeas corpus filed pursuant to 28 U.S.C. § 2254 is **DENIED WITHOUT PREJUDICE** and **DISMISSED** without an evidentiary hearing; and

4. There is **no** probable cause to issue a certificate of appealability.

.

BY THE COURT:


/s/ Robert F. Kelly
ROBERT F. KELLY,    Sr. J.